IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   12-30082 |
| | ) | |
| TIMMIE E. HATCHETT, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND MOTION TO CONTINUE PRE-TRIAL AND TRIAL SETTINGS

**NOW COMES** the Defendant, Timmie E. Hatchett, by Daniel L. Fultz, his attorney, and in support of his Second Motion to Continue Pre-Trial and Trial Settings states to this Honorable Court as follows:

Defendant is charged with narcotics and weapons offenses.

1.   Defendant's pre-trial conference is presently scheduled for October 24, 2012, at 10:00 a.m.

2.   Defendant's trial is presently scheduled for November 6, 2012 at 10:00 a.m.

3.   The Defendant requests of this Court additional time to conduct plea negotiations with Assistant United States Attorney Gregory Gilmore.  It is counsel's hope that said negotiations can be completed within the next 30 days.

4.   Assistant United States Attorney Gregory Gilmore has been contacted regarding this motion; however, at the time of this filing he has not had an opportunity to return counsel's phone call, which was only made late last Friday afternoon.

5.   The Government will not be prejudiced by the granting of this Motion.

6.   This Motion is made in the interest of justice and not simply for delay.

WHEREFORE, the Defendant respectfully requests this Honorable Court grant a continuance of the pre-trial and trial settings for an additional thirty (30) days, or to a time that is convenient to this Court, and for such other and further relief as this Court deems equitable.

**BROWN, HAY & STEPHENS, LLP**

By: /s Daniel L. Fultz
Daniel L. Fultz
Reg. No. 6282911
**BROWN, HAY & STEPHENS, LLP**
205 South Fifth Street
P.O. Box 2459
Springfield, IL 62705
Telephone: (217) 544-8491
Fax: (217) 544-9609

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory Gilmore
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701-1806

and I hereby certify that I have delivered the document via first class mail to the following non-CM/ECF participants:

Timmie E. Hatchett
1144 W. Cook
Springfield, IL 62702

                                         **BROWN, HAY & STEPHENS, LLP**

                        By:    /s Daniel L. Fultz
                              Daniel L. Fultz
                              Reg. No. 6282911
                              **BROWN, HAY & STEPHENS, LLP**
                              205 South Fifth Street
                              P.O. Box 2459
                              Springfield, IL 62705
                              Telephone: (217) 544-8491
                              Fax: (217) 544-9609