IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS:

TIMMIE HATCHETT,                )   CASE NO. 12-30082-001
                                )
PETITIONER                      )   MOTION REQUESTING A COPY
                                )   OF PREPARATION OF GUILTY
                                )   PLEA AND SENTENCING TRANSCRIPT:
-VS                             )
                                )
UNITED STATES OF AMERICA,       )
                                )
RESPONDENT.                     )
                                )

FILED
SEP 16 2013
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

   Comes now Timmie Hatchett, (herein after petitioner) in his own behalf, pursuant to any and all applicable Court Rules, Laws, Statutes and Codes, which may govern this said action and states as follows:

   Petitioner was sentenced in the United States District court on or about July 26, 2013.
Petitioner submits that "no" appeal was taken in this instant matter, thus there exists at the present time no request for preparation of transcripts.
Petitioner is contemplating Habeas Corpus relief application and needs a copy of the Guilty plea and Sentencing transcripts.

   Thus petitioner submits that he request that a copy of the Guilty plea and Sentencing transcripts be transcribed and the cost of the transcriptions and preparation be made known to the petitioner whereas petitioner may have a family member contact the Clerk of the courts office, or send a check from the institu-

tion in which the petitioner is incarcerated so that he may obtain copies of the aforemention requested transcripts to prepare his habeas corpus applications for good cause shown. Petitioner submits that if the Clerk of the court will indicate to him by writing to the below listed address the cost of the transcripts, petitioner will send a check or have a family member pay the cost for the preparation and copy of the transcripts. Petitioner further submits that upon receipt of the cost of the transcripts that the copies be forwarded to him at the below listed address.

Petitioner further submits that if the Court has another policy in place to order preparation and transcription of the requested transcripts, that the court indicate to the petitioner in writing what that policy is so that petitioner may proceed in obtaining the necessary copies of the transcripts requested herein for good cause shown:

Wherefore, petitioner respectfully prays that court indicate to the Clerk of the court to proceed in the manner requested herein, and to notify the petitioner at the below listed address, as to the cost of the transcripts and upon preparation of the requested transcripts, and receipt of payment that a copy of the transcripts be sent to the petitioner at the below listed address.

DATED THIS 11th day of September 2013

C. FILE

RESPECTFULLY SUBMITTED,

*Timmie Hatchett* (signature)

TIMMIE HATCHETT
18178-026
FEDERAL PRISON CAMP
P.O. BOX 1000
MARION, ILLINOIS, 62959

CERTIFICATE OF SERVICE

I, Timmie Hatchett, declare under the penalty of perjury that I placed a copy of a motion styled request for transcripts, addressed to the Clerk of the court for the Central district of illinois, by placing the aforemention copy in the institutional mailing system on or about September 15th, 2013 postage pre-paid.

C. FILE

TIMMIE HATCHETT

Timmie Hatchett
18178-026
Federal Prison Camp
P.O. Box 1000
Marion IL. 62959

⇔18178-026⇔
Clerk Us Courthouse
600 E Monroe ST
Springfield, IL 62701
United States

62701166026