E-FILED
Wednesday, 28 January, 2015  11:24:55 AM
Clerk, U.S. District Court, ILCD

Respond to:
Timmie Hatchett
Reg No. 18178-026
c/o: Post Office Box 5000
Yazoo City, Mississippi [39194]



FILED

JAN 27 2015

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In The
United States District Court
Central District of Illinois

Case No. 12-Cr-30082-001

In re:                                  :

    UNITED STATES OF AMERICA,              :

        Plaintiff,                     :

Vs.                                     :    7013 0600 0002 3297 1625

    TIMMIE HATCHETT,                        :

        Defendant.                     :

Defendant's Motion for Sentence Reduction Under 18 USC § 3582(c)(2)
and New Retroactive Amendment 782

NOW COMES, the Defendant, TIMMIE HATCHETT, in propria persona, who hereby respectfully moves this Honorable Court, pursuant to 18 USC § 3582(c)(2), U.S.S.G. § 1B1.10(c), and U.S.S.G. Amendment 782, for an Order reducing his guideline range based on the 2014 retroactive amendments to the drug guidelines. Mr. Hatchett respectfully requests that this motion be granted and that the Court grant him a sentence reduction in accordance with 18 USC § 3582(c)(2), U.S.S.G. § 1B1.10(c), and U.S.S.G. Amendment 782.

RESPECTFULLY SUBMITTED on this 15th day of January, 2015 A.D.

By: /s/ Timmie Hatchett
Timmie Hatchett, Agent

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing: Defendant's Motion for Sentence Reduction under 18 USC § 3582(c)(2) and New Retroactive Amendment 782, was served on Bryan Freres, U.S. Attorney's Office for the Central District of Illinois, at: 318 South 6th Street, Springfield, Illinois [62701-1806], with proper postage affixed, on this 16 day of January, 2015 A.D.

By: _____
Timmie Hatchett, Agent

In The
United States District Court
Central District of Illinois

Case No. 12-Cr-30082-001

In re:                                  :

    UNITED STATES OF AMERICA,        :        Plaintiff,

Vs.                                     :

    TIMMIE HATCHETT,                 :        Defendant.

ACKNOWLEDGEMENT OF RECEIPT

TO THE CLERK OF THE COURT:

    I am the clerk of the court in the above entitled action and I hereby acknowledge that I am in receipt of: Defendant's Motion for Sentence Reduction under 18 USC § 3582(c)(2) and new retroactive amendment 782, dated: 15th day of January, 2015 A.D.

    THIS the _____ day of _____, 2015 A.D.

                                                           _____
                                                                       CLERK

Please return this acknowledgement to:

Timmie Hatchett
Reg No. 18178-026
Post Office Box 5000
Yazoo City, Mississippi [39194]