UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Crim. No. 12-30082 |
| | ) |
| TIMMIE HATCHETT, | ) |
| | ) |
| Defendant. | ) |

AMENDED MOTION AND ORDER

The parties have given due consideration to the nature and seriousness of the danger to any person that may be posed by a reduction in the defendant's term of imprisonment and have agreed that a sentence reduction pursuant to Amendment 782 is warranted.   Accordingly, the parties propose that an amended judgment be entered reflecting a custody sentence of **18 months** on Count 1, and 60 months on Count 2, said term to run consecutively to the sentence imposed on Count 1.   All other provisions of the original and/or any previous amended judgments shall remain in effect.   Any pending motions as to this reduction are granted.

Signed:    */s/Bradley W. Murphy*                                              Date: February 6, 2015
         Bradley W. Murphy, Assistant U.S. Attorney

Signed:    */s/ George F. Taseff*                                                  Date: February 6, 2015
         George F. Taseff, Assistant Federal Public Defender


IT IS SO ORDERED.

Order Date: February 10, 2015            */s/ Richard Mills*
                                          RICHARD MILLS
                                Senior United States District Judge


Effective Date:  November 1, 2015,
or later as appropriate